UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:25-cv-20313-JB

BLUE INTERNATIONAL GROUP, LLC,

      Plaintiff,

v.

GREAT LAKES INSURANCE SE,

      Defendant.

_____/

## JOINT NOTICE OF PENDING SETTLEMENT

Plaintiff, Blue International Group, LLC, and Defendant, Great Lakes Insurance SE (collectively the "Parties"), jointly provide notice to the Court that the Parties reached a settlement regarding the entirety of this case and are now drafting, finalizing, and executing settlement documents. Upon the Plaintiff's receipt of the agreed upon consideration to be paid by the Defendant, the Parties shall file a Stipulation for Voluntary Dismissal with Prejudice. Accordingly, the Parties request the Court place this matter on inactive status and toll all pending deadlines, so as to permit the parties 45 days to complete the settlement and file the aforementioned stipulation for dismissal.

Respectfully and jointly submitted on August 4, 2025.

By: /s/ Kyle M. Butz
Kyle M. Butz, Esq.
Florida Bar No. 125513
kbutz@dklawfl.com

Dennis Kessler, PLLC
333 SE 2nd Ave., Ste. 2000
Miami, FL 33131
Telephone: (813) 501-1514
mruiz@dklawfl.com
eservice@dklawfl.com
Counsel for Plaintiff
Attorneys for Plaintiff

By: /s/ Helbert A. Canales-Rojas
David B. Levin
Florida Bar No. 026394
dlevin@bakerdonelson.com
Helbert A. Canales-Rojas
Florida Bar No.: 1019986
hcanalesrojas@bakerdonelson.com

Baker, Donelson, Bearman,
Caldwell & Berkowitz, PC
200 E. Broward Blvd., Suite 2000
Ft. Lauderdale, Florida 33301
Telephone: (954) 768-1600
Attorneys for Defendant

1