UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 25-cv-20313-JB/Torres

BLUE INTERNATIONAL GROUP, LLC,

   Plaintiff,

v.

GREAT LAKES INSURANCE SE,

   Defendant.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** came before the Court on the parties' Joint Stipulation of Dismissal With Prejudice. ECF No. [14]. Accordingly, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**. Each party shall bear their own attorney's fees and costs. The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida this 29th day of September, 2025.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE